IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| BEEF PRODUCTS, INC., ) | |
| ) | Case No. 4:17-cv-4130 |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF COMPLIANCE WITH |
| ) | DISCOVERY ORDER |
| MICHAEL HESSE, ) | |
| ) | |
| Defendant. ) | |

Defendant Michael Hesse ("Hesse"), by his attorneys, Rembolt Ludtke LLP and Cadwell Sanford Deibert & Garry, LLP, hereby notices the Court that he has complied with its Order (Doc 160) by sending his search terms to respond to Plaintiff's discovery requests on December 19, 2019 by electronic mail to the following parties:

J. Erik Connolly
Nicole Wrigley
Kathryn Clausing
Kate Watson Moss
Jennifer Miller
Benesch Friedlander Coplan & Aronoff LLP
333 W Wacker Drive, Ste. 1900
Chicago, IL 60606
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
kclausing@beneschlaw.com
kwatsonmoss@beneschlaw.com
jmiller@beneschlaw.com

Tim R. Shattuck
Woods Fuller Shultz & Smith, PC
300 S Phillips Avenue, Ste. 300
Sioux Falls, SD 57117
Tim.shattuck@woodsfuller.com

A. Stevenson Bogue
Ruth Horvatich
McGrath North
First National Tower
Suite 3700
1601 Dodge Street
Omaha, NE 68102
sbogue@mcgrathnorth.com
rhorvatich@mcgrathnorth.com

DATED: December 20, 2019

                              MICHAEL HESSE, Defendant

By:   REMBOLT LUDTKE, LLP
       3 Landmark Centre
       1128 Lincoln Mall, Ste. 300
       Lincoln, NE 68508
       (402) 475-5100
       mfahleson@remboltlawfirm.com
       tpaulson@remboltlawfirm.com

By:   /s/ Tara Tesmer Paulson
       Mark A. Fahleson (NE Bar #19807)
       Tara Tesmer Paulson (NE Bar #24454)

       CADWELL SANFORD DEIBERT
       & GARRY, LLP
       200 E 10th Street, Ste. 200
       P.O. Box 2498
       Sioux Falls, SD 57101
       (605)336-0828
       slandon@cadlaw.com

By:   _____
       Stephen C. Landon

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 20, 2019. Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____
Stephen C. Landon

4830-2958-8655, v. 1